```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0193--CV (RRB)
              "WILLIAM A. MACK V REBECCA BINGHAM ET AL"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(6)
           Filed:  08/30/04
          Closed:  NO

    Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (550) Prisoner - Civil Rights
                   42:1983
          Origin:  (1) Original Proceeding
          Demand:
      Filing fee:  In Forma Pauperis
        Trial by:  Jury
```

```
Parties of Record:                          Counsel of Record:

PLF 1.1          MACK, WILLIAM ALPHONSO     William Alphonso Mack
                                            Pro Per: 235947
                                            POB 6200/1100 Bowling Road
                                            CCA/PCC
                                            Florence, AZ 85232


DEF 1.1          BINGHAM, REBECCA DR.       Marilyn J. Kamm
                                            Attorney General's Office
                                            POB 110300
                                            Juneau, AK 99811-0300
                                            907-465-3428
                                            FAX 907-465-4043

DEF 2.1          ROBERTSON, DR.             Marilyn J. Kamm
                                            (see above)

DEF 3.1          VESHOOR, DUTCH J.          Michael D. Corey
                                            Sandberg Wuestenfeld et al
                                            701 W. 8th Avenue, Suite 1100
                                            Anchorage, AK 99501
                                            907-276-6363
                                            FAX 907-276-3528

DEF 4.1          NORCROSS, DAVID            Marilyn J. Kamm
                                            (see above)

DEF 5.1          GREENE, WILLIAM MICHAEL    Michael D. Corey
                                            (see above)

                                            Timothy Bojanowski
                                            Jones Skelton et al
                                            2901 N. Central Avenue, Ste 800
                                            Phoenix, AZ 85012
                                            602-263-7323
                                            FAX 602-200-7837
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0193--CV (RRB)
           "WILLIAM A. MACK V REBECCA BINGHAM ET AL"

       Including terminated parties, excluding terminated counsel
```

Parties of Record:                         Counsel of Record:

DEF 6.1        BRANDON, DON                Marilyn J. Kamm
                                           (see above)

DEF 7.1        LYDEN, TIMOTHY F.           Marilyn J. Kamm
                                           (see above)

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0193--CV (RRB)
                           "WILLIAM A. MACK V REBECCA BINGHAM ET AL"

                                      For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(6)
             Filed:  08/30/04
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (550) Prisoner - Civil Rights
                     42:1983
            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  In Forma Pauperis
          Trial by:  Jury



Document #  Filed      Docket text
_____  _____   _____

    1 -  1  08/30/04   PLF 1 motion to proceed in forma pauperis w/att exhs.

    2 -  1  08/30/04   Complaint under 42: 1983 filed.

    3 -  1  08/30/04   PLF 1 motion for the appointment of counsel w/att exhs.

    4 -  1  09/03/04   RRB Order granting motion to proceed in forma pauperis (1-1).  FCC or
                       any other institution with custody of Mr Mack shall collect from his
                       prison trust account an initial partial filing fee in the amount of
                       $16.93 and send the payment to the clerk of court.  FCC or any other
                       institution shall collect the balance by collecting monthly payments.
                       The clerk shall serve FCC & the finance section of the court with a cy
                       of this ord.  FCC shall forward a copy of this ord to any other
                       institution which receives custocy of Mr. Mack.   cc: W. Mack, FCC,
                       Finance, PSLC

    5 -  1  10/20/04   RRB Order directing service and response.  Plf to proceed to insure that
                       service of process is completed w/in 120 days of the date he filed the
                       complaint.  The clerk is directed to serve issue summonses as stated.
                       Plf to send for each def a completed Form 285, a cy of complaint, an
                       original & one cy of summons anf a cy of this order to the USM.  The
                       clerk to immediately send this order and a copy of the complaint and
                       summones to J. Bodick.  The AAG to file an appearance for each named def
                       that the AAG has decided to represent w/in 21 days from the date of svc.
                       The AAG to provide defs addresses to the USM and w/in 21 days file a
                       notice to the court of the defs' addresses that were provided to the
                       USM.  Defs have 30 days to file an answer or response to the complaint.
                       Plf to follow LR 10.1(b).  This case is referred to MJ Roberts.  Plf's
                       mot for court appointed counsel at dkt 3 is denied.  cc: W. Mack, w/Form
                       285 & Summonses, J. Bodick w/cy complaint and summonses, PSLC, MJ
                       Roberts

    6 -  1  11/10/04   AAG's Notice re: addresses of DEF 2,4, & 7.

    7 -  1  11/16/04   DEF 1 Attorney Appearance of M. Kamm (AAG-Juneau).

    8 -  1  11/18/04   USM Return of svc of summons re: DEF 1 on 11/10/04.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0193--CV (RRB)
                          "WILLIAM A. MACK V REBECCA BINGHAM ET AL"

                                     For all filing dates


Document #    Filed       Docket text

     9 -  1   11/18/04    USM Return of svc of summons re: DEF 3 on 11/12/04.

    10 -  1   11/18/04    USM Return of svc of summons re: DEF 5 on 11/12/04.

    11 -  1   11/29/04    USM Return of svc on summons re:DEF 2 executed on 11/22/04.

    12 -  1   12/01/04    DEF 2; 7 Attorney Appearance of M. Kamm (AAG-Juneau).

    13 -  1   12/13/04    DEF 4; 7 Attorney Appearance of M. Kamm (AAG-Juneau).

    14 -  1   12/13/04    DEF 1-2; 4; 6-7 Answer to Complaint.

    15 -  1   12/13/04    JDR Minute Order re pltf to require answers or apply for default re D3,5
                          due  w/in 20 days.

    16 -  1   12/16/04    DEF 5 Jury Demand.

    17 -  1   12/16/04    DEF 5 Answer to Complaint.

    18 -  1   12/17/04    (STRICKEN PER #22) JDR Minute Order (warning) re pltf to require answer
                          or apply for dflt re D3 due 120 from flg of cmplt or def may be dsmssd.
                          cc: cnsl

    19 -  1   12/20/04    PLF 1 motion to strike defendant 1, 2, 4, 6 and 7's answer.

    20 -  1   12/21/04    USM Return of svc on summons re:DEF 6 executed on 11/12/04.

    21 -  1   12/21/04    USM Return of svc on summons re: DEF 7 on 11/12/04.

    23 -  1   12/27/04    PLF 1 motion to strike def William Michael Greene's (D5) answer to
                          complaint.

    24 -  1   12/27/04    PLF 1 motion for default judgment as to def Dutch J. Vershoor (D3).

    22 -  1   12/28/04    JDR Minute Order re MO issued 12/17/04 at doc #1 is STRICKEN. cc: cnsl

    25 -  1   12/29/04    JDR Minute Order denying motion for default judgment as to def Dutch J.
                          Vershoor (D3) (24-1); pltf is reminded there is still an outstanding
                          balance of $103.79 due on his flg fee of $150.00. cc: cnsl

    26 -  1   12/29/04    USM Return of svc on summons & complaint on DEF 4 executed on 12/21/04.

    27 -  1   01/03/05    DEF 1-2; 4; 6-7 opposition to PLF 1 motion to strike defendant 1, 2, 4,
                          6 and 7's answer (19-1).

    28 -  1   01/06/05    JDR Minute Order (warning) re pltf to require an answer or apply for
                          default re D3 due 1/28 or def may be dismissed. cc: cnsl

    29 -  1   01/13/05    DEF 3 Answer to Complaint.

    30 -  1   01/19/05    PLF 1 motion for default judgment as to def Dutch Vershoor (D3).

    31 -  1   01/21/05    JDR Minute Order denying as moot motion for default judgment as to def
                          Dutch Vershoor (D3) (30-1). cc: cnsl

    32 -  1   01/24/05    JDR Minute Order denying motion to strike defendant 1, 2, 4, 6 and 7's
                          answer (19-1). cc: cnsl

ACRS: R_VDSDX                    As of 12/01/05 at 3:19 PM by GARRY                        Page 2
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0193--CV (RRB)
                      "WILLIAM A. MACK V REBECCA BINGHAM ET AL"
```

|                           For all filing dates                           |

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 33 - 1     | 01/27/05 | DEF 5 motion & app of non-resident atty T. Bojanowski for permission to appear & participate. |
| 34 - 1     | 01/31/05 | JDR Order granting motion & app of non-resident atty T. Bojanowski for permission to appear & participate (33-1). cc: cnsl |
| 35 - 1     | 04/11/05 | PLF 1 motion for clarification of case status w/att aff. |
| NOTE - 1   | 05/09/05 | Notation: partial payment of filing fee # 14.00 (recept # 00125657). |
| NOTE - 2   | 07/20/05 | Notation: Per Finance, pltf paid filing fee in full on 6/3/05. |
| 36 - 1     | 07/20/05 | JDR Minute Order re S&P conf set for 8/12/05 at 9:30 a.m. cc: cnsl |
| 37 - 1     | 08/12/05 | JDR Court Minutes [ECR: Elisa Singleton] re Scheduling and Planning Conf (held 8/12/05); denying motion to strike def William Michael Greene's (D5) answer to complaint (23-1), motion for clarification of case status (35-1) as moot; dispositive motions due 11/10/05; respone due 11/28/05; reply 12/5/05; discovery stayed.  cc: cnsl |
| 38 - 1     | 09/12/05 | PLF 1 motion for court order authorizing plf the assistance of inmate legal advisor in these proceedings. |
| 39 - 1     | 09/15/05 | DEF 3; 5 opposition to PLF 1 motion for court order authorizing plf the assistance of inmate legal advisor in these proceedings (38-1). |
| 40 - 1     | 09/21/05 | DEF 1-2; 4; 6-7 joinder in oppo to PLF 1 motion for court order authorizing plf the assistance of inmate legal advisor in these proceedings (38-1). |
| 41 - 1     | 09/26/05 | PLF 1 reply to opposition to PLF 1 motion for court order authorizing plf the assistance of inmate legal advisor in these proceedings (38-1). |
| 42 - 1     | 11/07/05 | DEF 1-2; 4; 6-7 motion & memo in support for leave to file att amended answer. |
| 43 - 1     | 11/14/05 | DEF 3; 5 motion for summary judgment w/att memo & exhs. |
| 44 - 1     | 11/18/05 | PLF 1 motion for summary judgment w/att memo & exhs. |
| 45 - 1     | 11/21/05 | DEF 1-2; 4; 6-7 joinder to DEF 3; 5 motion for summary judgment (43-1). |