Daniel P. Struck, AZ Bar #012377
Timothy J. Bojanowski, AZ Bar #022126
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Tel:  (602) 263-7324
Fax: (602) 200-7837
E-mail:  tbojanowski@jshfirm.com

FILED
DEC 0 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____

*Attorneys for Defendants Vershoor & Greene*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ALPHONSO MACK<br><br>Plaintiff,<br><br>vs.<br><br>REBECCA BINGHAM, DR.<br>ROBERTSON, DR.<br>DUTCH J. VERSHOOR, PA-C,<br>DAVID NORCROSS, PA-C<br>WILLIAM MICHAEL GREENE, PA-C<br>DON BRANDON ADA COORDINATOR<br>TIMOTHY F. LYDEN<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. A04-0193 CV (RRB)<br>) |

**DEFENDANTS VERSHOOR AND GREENE'S JOINDER IN OPPOSITION TO THE
MOTION FOR SUMMARY JUDGMENT**

Now come Defendants Greene and Vershoor by and through counsel and hereby submit their Joinder in Opposition to the Plaintiff's Motion for Summary Judgment filed by Defendants Bingham, Robertson, Lyden, Brandon & Norcross and incorporates all arguments therein.

Pursuant to the Court's order of August 12, 2005 all

Defendants Vershoor and Greene's Joinder in Opposition to the
Motion for Summary Judgment
*Mack v. Bingham, et al.*, Case A04-193 CV (RRB)
Page 1 of 3

46

dispositive motions were to be filed no later than November 10, 2005. Mack's Motion for Summary Judgment was filed on November 14, 2005, and is therefore filed untimely. Further, Mack's Motion for Summary Judgment appears to have been written as a Response to Defendants Vershoor and Greene's Motion for Summary Judgment even though it was titled as a Motion for Summary Judgment. Defendants Vershoor and Greene treated Mack's Motion for Summary Judgment as a Response to their Motion for Summary Judgment and subsequently filed a Reply to what they believed to be his Response to their Motion.

For the reasons set forth Defendants Vershoor and Greene respectfully request that the Court deny Plaintiff's Motion for summary Judgment.

Respectfully submitted this 30th day of November 2005 at Phoenix, Arizona.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Timothy J. Bojanowski
Daniel P. Struck, Esq.
Timothy J. Bojanowski, Esq.
2901 N. Central Avenue, Suite 800
Phoenix, Arizona 85012
(602) 263-7324

Defendants Vershoor and Greene's Joinder in Opposition to the Motion for Summary Judgment
Mack v. Bingham, et al., Case A04-193 CV (RRB)
Page 2 of 3

Michael D. Corey, Esq.
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
(907) 276-6363

*Attorneys for Defendants Greene and Vershoor*

This is to certify that a true and correct copy of the foregoing was *filed* by ( ✓ ) Federal Express ( ) hand ( ) fax this __30th__ day of November 2005, with:

Ida Romack, Clerk
**UNITED STATES DISTRICT COURT**
222 West 7th Avenue, #4
Anchorage, Alaska 99513

This is to certify that a true and correct copy of the foregoing was served by ( ✓ ) mail ( ) hand ( ) fax this __30th__ day of November 2005, to:

William Alphonso Mack, #235947
**CCA/FLORENCE CORRECTIONAL CENTER**
P. O. Box 6200
Florence, Arizona 85232
*Plaintiff Pro Per*

Marilyn J. Kamm, Esq.
**STATE OF ALASKA**
Assistant Attorney General
Department of Law
Criminal Division Central Office
P. O. Box 110300
Juneau, Alaska 99811-0300
*Attorney for Defendants Bingham, Robertson, Lyden, Brandon & Norcross*

*Dianne Clark* (signature)

Defendants Vershoor and Greene's Joinder in Opposition to the Motion for Summary Judgment
*Mack v. Bingham, et al.*, Case A04-193 CV (RRB)
Page 3 of 3