Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Bingham,
Robertson, Lyden, Brandon &
Norcross

**FILED**

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

WILLIAM MACK,                    )
                                 )
           Plaintiff,            )
                                 )
      vs.                        )
                                 )
REBECCA BINGHAM, M.D., ET AL.,   )
                                 )
           Defendants.           )
_____  )   Case No. A04-193 CV (RRB)

**JOINDER IN DEFENDANTS' GREENE AND VERSHOOR'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Come now defendants Bingham, Robertson, Norcross, Brandon and Lyden, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby join in defendants Vershoor's and Greene's Reply Memorandum to Plaintiff's Response to Motion for Summary Judgment

Dated this 28th day of November, 2005, at Juneau, Alaska.

Joinder in Reply
*Mack v. Bingham, et al.*, Case A04-193 CV (RRB)
Page 1 of 2.

47

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*
Marilyn J. Kamm
Assistant Attorney General

I certify that on November 28, 2005, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

| William Mack | Michael D. Corey | Timothy Bojanowski |
|---|---|---|
| CCA/FCC | Sandberg, Wuestenfeld & Corey | Jones, Skelton & Hochuli |
| PO Box 6200 | 701 W. 8th Ave, Suite 1100 | 2901 North Central Ave, Suite 800 |
| Florence, AZ 85232 | Anchorage, AK 99501 | Phoeniz, AZ 85012 |

*[signature]*
Marilyn J. Kamm

Joinder in Reply
*Mack v. Bingham, et al.,* Case A04-193 CV (RRB)
Page 2 of 2.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043