Daniel P. Struck, AZ Bar #012377
Timothy J. Bojanowski, AZ Bar #022126
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Tel:  (602) 263-7324
Fax: (602) 200-7837
E-mail:  tbojanowski@jshfirm.com

**FILED**

DEC 0 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

*Attorneys for Defendants Vershoor & Greene*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM ALPHONSO MACK, )<br>)<br>Plaintiff,    )<br>)<br>vs.                     )<br>)<br>REBECCA BINGHAM, DR.    )<br>ROBERTSON, DR.          )<br>DUTCH J. VERSHOOR, PA-C, )<br>DAVID NORCROSS, PA-C    )<br>WILLIAM MICHAEL GREENE, PA-C )<br>DON BRANDON ADA COORDINATOR )<br>TIMOTHY F. LYDEN,        )<br>)<br>Defendants.   )<br>_____) | CASE NO. A04-0193 CV (RRB) |

## DEFENDANTS VERSHOOR AND GREENE'S NOTICE OF WITHDRAWAL OF THEIR REPLY MEMORANDUM TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Now come Defendants Greene and Vershoor by and through counsel and hereby submit their Notice of Withdrawal of Their Reply Memorandum to Plaintiff's Response to Motion for Summary Judgment.

Defendants Vershoor and Greene's Notice of Withdrawal of Their
Reply Memorandum to Plaintiff's Response to Motion for Summary
Judgment
*Mack v. Bingham, et al.,* Case A04-193 CV (RRB)
Page 1 of 4



Mack's Motion for Summary Judgment appears to have been written as a Response to Defendants Vershoor and Greene's Motion for Summary Judgment even though it was titled as a Motion for Summary Judgment. Defendants Vershoor and Greene treated Mack's Motion for Summary Judgment as a Response to their Motion for Summary Judgment and subsequently filed a Reply to what they believed to be his Response to their Motion.

At such time that Plaintiff files his Response to Defendants Vershoor & Green's Motion for Summary Judgment, Defendants Vershoor and Greene will file their Reply Memorandum.

For the reasons set forth Defendants Vershoor and Greene respectfully request that the Court withdraw Defendants Vershoor and Greene's Reply Memorandum to Plaintiff's Response to Motion for Summary Judgment.

Respectfully submitted this 2nd day of December 2005 at Phoenix, Arizona.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Daniel P. Struck, Esq.
Timothy J. Bojanowski, Esq.
2901 N. Central Avenue, Suite 800
Phoenix, Arizona 85012
(602) 263-7324

Defendants Vershoor and Greene's Notice of Withdrawal of Their Reply Memorandum to Plaintiff's Response to Motion for Summary Judgment
*Mack v. Bingham, et al.*, Case A04-193 CV (RRB)
Page 2 of 4

Michael D. Corey, Esq.
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
(907) 276-6363

*Attorneys for Defendants, Greene and Vershoor*

This is to certify that a true and correct copy of the foregoing was filed by ( ) mail ( X ) Federal Express ( ) hand ( ) fax this 2nd day of December 2005, with:

Ida Romack, Clerk
**UNITED STATES DISTRICT COURT**
222 West 7th Avenue, #4
Anchorage, Alaska 99513

This is to certify that a true and correct copy of the foregoing was served by ( X ) mail ( ) Federal Express ( ) hand ( ) fax this 2nd day of December 2005, to:

William Alphonso Mack, #235947
**CCA/FLORENCE CORRECTIONAL CENTER**
P. O. Box 6200
Florence, Arizona 85232
*Plaintiff Pro Per*

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants Vershoor and Greene's Notice of Withdrawal of Their Reply Memorandum to Plaintiff's Response to Motion for Summary Judgment
*Mack v. Bingham, et al.*, Case A04-193 CV (RRB)
Page 3 of 4

Marilyn J. Kamm, Esq.
**STATE OF ALASKA**
Assistant Attorney General
Department of Law
Criminal Division Central Office
P. O. Box 110300
Juneau, Alaska 99811-0300
*Attorney for Defendants Bingham,
Robertson, Lyden, Brandon & Norcross*

*Dianne Clark*

Defendants Vershoor and Greene's Notice of Withdrawal of Their
Reply Memorandum to Plaintiff's Response to Motion for Summary
Judgment
*Mack v. Bingham, et al.*, Case A04-193 CV (RRB)
Page 4 of 4