William Alphonso Mack  // Pro Se
CCA/FCC
P.O. BOX 6200
Florence, AZ                    85232

RECEIVED

MAR 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

WILLIAM ALPHONSO MACK,           )
                                 )
            Plaintiff,           )
                                 )
vs.                              ) Case No. A04-0193CV  (RRB)
                                 )
REBECCA BINGHAM, M.D., et al.,   )
                                 )
            Defendants.          )
                                 )
_____)

### MOTION FOR COURT CASE PLANNING SCHEDULE

COMES NOW Plaintiff, William Alphonso Mack (herein after "Mack") appearing without the benefit of counsel, pro se, does hereby move this Court for the issuance of a "Case Planning Schedule."

This motion is supported by attached memorandum.

DATED this 7th day of MARCH, 2006 at Florence Correctional Center in Florence, Arizona.

By: _____
    William Alphonso Mack
    Plaintiff // Pro Se