William Alphonso Mack  // Pro Se
CCA/FCC
P.O. BOX 6200
Florence, AZ                85232

RECEIVED

IN THE UNITED STATES DISTRICT COURT   MAR 10 2006

FOR THE DISTRICT OF ALASKA   CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

WILLIAM ALPHONSO MACK,            )
                                  )
              Plaintiff,          )
                                  )
vs.                               ) Case No. A04-0193CV  (RRB)
                                  )
REBECCA BINGHAM, M.D.,   et al.,  )
                                  )
              Defendants.         )
                                  )
_____)

## PROOF OF SERVICE

I William A. Mack do hereby certify that true and correct copies of the foregoing was served via First Class Mail this 7th day of March, 2006 upon the following persons:

| | |
|---|---|
| Mr. Michael D. Corey | Ms. Marilyn J. Kamm |
| Attorney at Law | Assistant Attorney General |
| 701 8th Avenue, Suite 1100 | Department of Law |
| Anchorage, AK  99501 | P.O. BOX 110300 |
| | Juneau, AK  99811-0300 |

By: _____
William Alphonso Mack
Plaintiff // Pro Se