William Alphonso Mack  // Pro Se
CCA/FCC
P.O. BOX  6200
Florence, AZ                    85232

RECEIVED

MAR 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ALPHONSO MACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A04-0193CV  (RRB) |
| ) | |
| REBECCA BINGHAM, M.D.,  et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM SUPPORTING COURT ISSUANCE OF CASE PLANNING SCHEDULE**

   Since the commencement of this case there has never been a layed out schedule of when filings were due issued by the Court, and at the telephonic hearing held 8/12/05 which was to be for the purpose of scheduling and planning I assumed that the entire process would be layed out.

   I submitted my Motion For Summary Judgment and supporting on November 14, 2005, but at the aforementioned telephonic the Court had stated that it would probably hold another telephonic in February, yet no word on that, nor the motion for summary judgment, and since my health cannot rebound without appropriate HCV treatment I fear my condition may get to the point of no return, and that is very disconsolate.

   If I am premature in my inquiries of the Court it is out of personal health concerns, but I would request an update from the Court.

By: _____
    William Alphonso Mack
    Plaintiff // Pro Se