## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  WILLIAM ALPHONSO MACK    v.    REBECCA BINGHAM, M.D., et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                    CASE NO.  3:04-CV-0193-RRB

 John W. Erickson, Jr.                              DATE: August 14, 2006

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **RE PENDING MOTIONS**

---

Before the Court is: (1) Pro Se Plaintiff William Alphonso Mack ("Plaintiff") with a Motion for Court Order Authorizing Plaintiff the Assistance of Inmate Legal Advisor in These Proceedings (Docket No. 38); and (2) Defendants Rebecca Bingham, et al. ("Defendants") with a Motion for Leave to File Amended Answer (Docket No. 42).

For reasons more carefully articulated in the Opposition to Plaintiff's Motion for Court Order Authorizing Plaintiff the Assistance of Inmate Legal Advisor in These Proceedings at Docket No. 39, which Defendants join in at Docket No. 40, Plaintiff's Motion at **Docket No. 38** is hereby **DENIED**. Defendants' unopposed Motion for Leave to File Answer at **Docket No. 42**, which seeks to amend the answer by asserting affirmative defenses that have "recently" been discovered, is hereby **GRANTED**.