William Alphonso Mack  // Pro Se
Red Rock Correctional Center / CCA
1752 E. Arica Road
Eloy, AZ                              85231

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT     AUG 2 4 2006

FOR THE DISTRICT OF ALASKA    CLERK, U.S. DISTRICT COURT
                              ANCHORAGE, ALASKA

WILLIAM ALPHONSO MACK,            )
                                  )
            Plaintiff,            )
                                  )
vs.                               ) Case No. A04-0193CV  (RRB)
                                  )
REBECCA BINGHAM, M.D. et al.,     )
                                  )
            Defendants.           )
                                  )
_____)

## JUDICIAL NOTICE

COMES NOW plaintiff, William Alphonso Mack (herein after "Mack") appearing without the benefit of counsel, pro se, does hereby give this Court "judicial notice" of his change of address, as a result of a en masse Alaska inmate population move from the Florence Correctional Center, in Florence, Arizona, to the new address below:

RED ROCK CORRECTIONAL CENTER / CCA
1752 E. Arica Road
Eloy, AZ   85231
(520) 464-3800

This judicial notice is given in good faith and in as timely a manner as the circumstances will allow.

By: _____
William Alphonso Mack
Plaintiff // Pro Se

1

Certificate of Service

I hereby certify that true and correct copies of this "judicial notice" of Plaintiff's change of address was served via U.S. mail on:
Marilyn J. Kamm/A.A.G.
State of Alaska
Attorney General's Office
P.O. BOX  110300
Juneau, Alaska          99811-0300


Michael D. Corey
Attorney at Law
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska              99501

this 18th day of August, 2006 from RRCC Eloy, AZ.

_____
William Alphonso Mack