**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

WILLIAM ALPHONSO MACK
    Plaintiff,

v.

Case Number 3:04-cv-00193-RRB

REBECCA BINGHAM;
DR. ROBERTSON; DR DUCH J.
VERSHOOR, PA-C; DAVID
NORCROSS, PA-C; WILLIAM
MICHAEL GREENE, PA-C; DON
BRANDON, ADA COORDINATOR;
and TIMOTHY F. LYDEN
    Defendants

**JUDGMENT IN A CIVIL CASE**

__XX__ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the **Defendants' Motion for Summary Judgment at Docket 43 is hereby GRANTED, and this matter is DISMISSED with prejudice.** Plaintiff's Motion for Summary Judgment at Docket 44 is DENIED as moot.

APPROVED:

__S/RALPH R. BEISTLINE____
RALPH R. BEISTLINE
United States District Judge

_____
Date: September 5, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

__IDA ROMACK_____
Ida Romack, Clerk of Court

[304-cv-193-RRB Judgment.wpd]{JMT2.WPT*Rev.3/03}